IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>BRIAN HURLBUT,<br><br>Defendant. | ) | No. 26-CR-00087<br><br>**INFORMATION**<br><br>Count 1<br>18 U.S.C. § 932(b)(1): Straw Purchase of a Firearm<br><br>Count 2<br>18 U.S.C. § 922(d): Transfer of a Firearm to Prohibited Person<br><br>Forfeiture |

## Count 1

### Straw Purchase of a Firearm

On or about September 23, 2025, in the Northern District of Iowa, defendant, BRIAN HURLBUT, did knowingly purchase a firearm, to wit: a Taurus G3, 9mm, handgun, in and otherwise affecting interstate and foreign commerce for, on behalf of, and at the request and demand of R.M., knowing and having reasonable cause to believe that R.M. had previously been convicted in any court of a crime punishable by imprisonment for a term exceeding one year.

This is in violation of Title 18, United States Code, Sections 932(b)(1) and 932(c)(1).

## Count 2

## Transfer of a Firearm to Prohibited Person

On or about September 23, 2025, in the Northern District of Iowa, defendant, BRIAN HURLBUT, knowingly disposed of a firearm, that is, a Taurus G3, 9mm, handgun, to R.M., knowing and having reasonable cause to believe that R.M. had previously been convicted of a crime punishable by imprisonment for a term exceeding one year.

This in violation of Title 18, United States Code, Sections 922(d) and 924(a)(8).

## Forfeiture Allegation

By virtue of having committed the acts specified in Count 1 of this Information, defendant BRIAN HURLBUT shall forfeit to the United States any firearms and ammunition involved or used in the commission of these offenses, including, but not limited to a Taurus G3, 9mm, handgun.

This is pursuant to Title 18, United States Code, Sections 924(d) and 934, and Title 28, United States Code, Section 2461(c).

LEIF OLSON
United States Attorney

By: */s/ Anthony Morfitt*

ANTHONY MORFITT
Assistant United States Attorney